Roberto PEREZ, Jr., Plaintiff–
Appellant

v.

Eddie C. WILLIAMS; Tommy L. Nor-
wood; Frankie L. Haynes; Alvaro
Chacon; Jane Doe; Cleofe Palma;
David Johnson, Defendants–Appellees.

No. 10–10629
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 11, 2011.

Roberto Perez, Jr., Tennessee Colony,
TX, pro se.

Before JOLLY, GARZA, and
STEWART, Circuit Judges.

PER CURIAM: *

Roberto Perez, Jr., Texas prisoner
# 1189927, moves this court to proceed in
forma pauperis (IFP) in this appeal from
the district court's dismissal of his 42
U.S.C. § 1983 complaint as frivolous. Per-
ez's IFP motion is a challenge to the dis-
trict court's certification that his appeal is
not taken in good faith. See Baugh v.
Taylor, 117 F.3d 197, 202 (5th Cir.1997).

Perez argues that he was denied his
right of access to courts and was preju-
diced by the denial of access to legal mate-
rials and supplies in the prison law library.

He contends that the defendants denied
him access to legal materials and supplies
as retaliation for filing a grievance. Perez
also argues that he was denied his right to
the free exercise of religion because a pris-
on policy prevents him from carrying his
bible or any item other than his identifica-
tion card on the recreation yard.

Perez has not shown that he will present
a nonfrivolous issue on appeal. See How-
ard v. King, 707 F.2d 215, 220 (5th Cir.
1983). Accordingly, the motion for leave
to proceed IFP is denied and the appeal is
dismissed as frivolous. See Baugh, 117
F.3d at 202 n. 24; 5TH CIR. R. 42.2. The
district court's dismissal of his complaint
as frivolous and the dismissal of this ap-
peal as frivolous count as two strikes un-
der 28 U.S.C. § 1915(g). Perez is cau-
tioned that if he accumulates three strikes
under § 1915(g), he will not be able to
proceed IFP in any civil action or appeal
filed while he is incarcerated or detained in
any facility unless he is under imminent
danger of serious physical injury. See
§ 1915(g).

IFP MOTION DENIED; APPEAL
DISMISSED; SANCTION WARNING
ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.